IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JEFFERY J. LOUT, <br><br> Plaintiff, <br><br> vs. <br><br> ROXANNE TUSS, et al., <br><br> Defendants. | CV 15-00055-H-DLC-JTJ <br><br><br> ORDER |

Plaintiff, Jeffery Lout, a prisoner proceeding in forma pauperis and without counsel, has filed a "Request to Obtain his One Set of Free Documents Electronically Filed Consisting of those filed by the Plaintiff for his Records." (Doc. 54.) Mr. Lout argues that pursuant to Judicial Conference Policy, he is entitled to one free copy of all documents electronically filed. (Doc. 54.) Presumably, Mr. Lout is referring to the Notice of Electronic Filing (NEF) which accompanies all documents filed electronically. The NEF provides as follows: "Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer." There is, however, no such policy which requires the Clerk of Court's Office to print off a free copy of an entire case file. In fact, the Electronic Public

1

Access Fee Schedule for the United States Courts provides that the fee for printing any record is $0.10 per page. Mr. Lout was advised of this fee in the June 19, 2015 Notice of Case Opening which provided:

> Pro se litigants proceeding in forma pauperis are not exempt from other fees and costs associated with prosecuting their actions, including but not limited to copying and witness fees. It is important to realize that even if you are proceeding with an action in forma pauperis, neither the Court nor the Clerk's office can make copies for you free of charge. Copies of documents in your file cannot be provided to you by the Clerk's Office without a charge of $0.10 per page which must be pre-paid at the time that you make your request. Therefore, you should always keep a copy, for your own records, of all documents that you sent to the Court or to the Clerk's Office.

(Doc. 2 at 4.)

Accordingly, IT IS HEREBY ORDERED that Mr. Lout's "Request to Obtain his One Set of Free Documents Electronically Filed Consisting of those filed by the Plaintiff for his Records." (Doc. 54) is **DENIED**.

DATED this 26th day of September, 2016.

_____
John Johnston
United States Magistrate Judge