IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



| JEFFERY J. LOUT, | CV 15-00055-H-DLC-JTJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROXANNE TUSS, et al., | |
| Defendants. | |

Pursuant to Plaintiff Jeffery Lout's Notice of Conceding and Motion to Withdraw Claim II (Doc. 100) and the Joint Motion and Stipulation for Dismissal of Count II, signed by both parties or their counsel and filed by counsel for Defendants (Doc. 102),

IT IS HEREBY ORDERED that Mr. Lout's Motion to Withdraw Claim II (Doc. 100) is GRANTED and Count II of the above-entitled cause of action and Defendants Tuss, Wood, and Pentland are hereby DISMISSED WITH PREJUDICE. Defendants Tuss, Pentland, and Wood's Motion for Summary Judgment on Count II (Doc. 93) is DEEMED MOOT.

DATED this 5th day of May, 2017.

Dana L. Christensen, Chief Judge
United States District Court