FILED

MAY 22 2017

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JEFFERY J. LOUT, <br><br> Plaintiff, <br><br> vs. <br><br> ROXANNE TUSS, et al., <br><br> Defendants. | CV 15-00055-H-DLC-JTJ <br><br><br> ORDER |

Pursuant to Plaintiff Jeffery Lout's Motion to Dismiss Count X (Doc. 110) and the parties' Stipulation and Joint Motion to Dismiss Count X signed by both parties or their counsel and filed by counsel for Defendants (Doc. 113),

IT IS HEREBY ORDERED that Mr. Lout's Motion to Dismiss Count X (Doc. 110) and the parties' Joint Motion to Dismiss Count X (Doc. 113) are GRANTED. Defendants' Partial Motion for Summary Judgment on Count X (Doc. 105) is DEEMED MOOT.

There being no remaining claims in this matter, the case is DISMISSED WITH PREJUDICE as having been fully settled on the merits, with each party to bear his or her own costs and attorney's fees, and each party waiving his or her

right to appeal.

DATED this 22nd day of May, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court